## 35086. MILLS *v.* SAULS.

NICHOLS, J. The writ of error, in which exception is taken to a judgment denying the defendant's motion to open a default and striking the defendant's pleadings, but not to a final judgment in the case, is premature, and this court is without jurisdiction thereof. Code § 6-701; *Ryals* v. *Atlantic Life Ins. Co.,* 181 *Ga.* 843 (184 S. E. 698), and citations; *Bell* v. *Stewart,* 116 *Ga.* 714 (43 S. E. 70); *Williams* v. *Chambers,* 31 *Ga. App.* 807 (122 S. E. 97).

*Writ of error dismissed. Felton, C. J., and Quillian, J., concur.*

DECIDED JUNE 4, 1954.

*Louis H. Foster,* for plaintiff in error.
*Custer & Kirbo,* contra.